US District Court

217 West King Street

Suite 101

Martinsburg, West Virginia 25401

(304) 267-8225

FILED

SEP 2 4 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Helen Hewett

224 South Queen Street

Martinsburg, West Virginia 25401

(304) 267-8837

**3:20-CV-185**

V/S

Joyce Mcdonald, Lisa Goshorn, Michele Michael

71 Woodside Drive

Mcconnellsburg, Pennsylvania 17233

Joyce Mcdponald is the landlord of Cardinal Glen Commons. She had fake police on the property raping children. John Freeland, Frank Watson, TJ Watson, Richard High living in Kimberley Slonakers apartment using it as a flop house raping children with Janet Watson. Tina Chambers- Souders, they say she was murdered. Richard High and Shiela Thompson bringing Wilbur Spielman to Pennsylvania to rape children which he was supposed to be deceased after he murdered Trinity Swope and Jessica Brewer by burning her house down with Jack Conrad and Richard High. Joyce Mcdonald had my car hacked with Christy Stevens and Mark Mills from better Animal days. Joyce Mcdonald allowed people to abuse my children and I. Andrew Greene beating my children and Lisa Goshorn molesting my daughter. Joyce Mcdonald is a psycho hotel California I call it. You check in the people there will stalk you to your dead, have you kidnapped thrown out along the road. Stephanie Kind's old man in South Carolina having my son thrown in the air. Tatina and Mike's old Lady (black woman) calling herself Helen Michael.

Committing embezzlement with Joyce Mcdonald making a fake lease. This James Gray a black murderer with Wes Unger that murdered Clarence Greene in 2009 together, impersonating plumbers in Pennsylvania raping children with Lisa Goshorn, Debra Huddleston impersonating a police officer Mother to kidnap from Mcconnellsburg hospital to molest with Rose Stine and Lisa Goshorn, and Buelah Moore a woman Joyce was court ordered to keep off the property she is a childmolester with Michele Michael, my exhusband's daughter. Joyce went out her way to mentally abuse my family and hurt my children, with Tami Mcdonald and Rapist James Spurlock that says he is a US Marshal. My children still missing and Joyce committing embezzlement with Heather Markum and Roberta Baublist Richard Horn, and Randy Bookheimer

I demand my children returned and Joyce Mcdonald jailed the childmolester- that enforces black kids raping white children. $500 million in pain and suffering! I have fled thru 8 states nowhere to go for my car hacked to kill. This landlord harassing with Sabrena Greene and Casey Foster. I am divorced, living on the street because of this woman and Debra Huddleston committing embezzlement. This woman is an evil lady with her friend Ami Younker too.

Helen Hewett
*Helen Hewett*
September 21, 2020